Arnold B. Calmann (RW-3245)
**SAIBER SCHLESINGER SATZ,**
  **& GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
Tel:   973.622.3333
Fax:   973.622.3349

Attorneys for Defendant Nellcor Puritan Bennett, Inc.

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VITAL SIGNS, INC.<br><br>                    Plaintiff,<br>v.<br><br>NELLCOR PURITAN BENNETT, INC.<br><br>                    Defendant. | Civil Action No. 05-363 (KSH)<br><br>**SUBSTITUTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that the undersigned Roy H. Wepner, Esq. of the law firm Lerner, David, Littenberg, Krumholz & Mentlik, LLP, and Arnold B. Calmann, Esq. of the law firm Saiber Schlesinger Satz & Goldstein, LLC, hereby consent to the substitution of defendant Nellcor Puritan Bennett, Inc.'s counsel Roy H. Wepner, Esq., Lerner, David, Littenberg, Krumholz & Mentlik, LLP, by Arnold B. Calmann, Esq., Saiber Schlesinger Satz & Goldstein, LLC.

It is respectfully requested that the Clerk of this Court amend the record of this case to ensure that all records, filings, pleadings, and all other materials reflect the substitution of Arnold B. Calmann, Esq., Saiber Schlesinger Satz & Goldstein, LLC, as counsel of record, and

that all notices, orders, filings, and any other materials filed in this matter be distributed to said superceding counsel.

| LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP | SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC |
|---|---|
| By: _____ <br> Roy H. Wepner <br> Withdrawing Counsel | By: _____ <br> Arnold B. Calmann <br> Superseding Counsel |
| 600 South Avenue West <br> Westfield, New Jersey 07090-1497 <br> Tel: 908.654.5000 <br> Fax: 908.654.7866 | One Gateway Center, 13th Floor <br> Newark, New Jersey 07102-5311 <br> Tel: 973.622.3333 <br> Fax: 973.622.3349 |

Dated: April __, 2006

{00432050.DOC}