

Arnold B. Calmann
George Tenreiro
**SAIBER SCHLESINGER SATZ,
& GOLDSTEIN, LLC**
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
Tel:   973.622.3333
Fax:  973.622.3349

Attorneys for Defendant Nellcor Puritan Bennett, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VITAL SIGNS, INC., | Civil Action No. 05-cv-0363(KSH) (PS) |
| Plaintiff, | |
| v. | |
| NELLCOR PURITAN BENNETT, INC., | |
| Defendant. | **SUBSTITUTION OF COUNSEL** |
| NELLCOR PURITAN BENNETT, INC. And BOARD OF REGENTS, THE UNIVERSITY OF TEXAS SYSTEM | |
| Counter-Claimants, | |
| v. | |
| VITAL SIGNS, INC., VITAL SIGNS SWEDEN AB, and FUTALL AB, | |
| Counter-Defendants | *Document Filed Electronically* |

**PLEASE TAKE NOTICE** that the undersigned Roy H. Wepner, Esq. of the law firm Lerner, David, Littenberg, Krumholz & Mentlik, LLP, and Arnold B. Calmann, Esq. of the law firm Saiber Schlesinger Satz & Goldstein, LLC, hereby consent to the substitution of Roy H. Wepner, Esq., Lerner, David, Littenberg, Krumholz & Mentlik, LLP, by Arnold B. Calmann,

{00435879.DOC}

Esq., Saiber Schlesinger Satz & Goldstein, LLC., as counsel for counterclaim-plaintiff Board of Regents, the University Texas System.

It is respectfully requested that the Clerk of this Court amend the record of this case to ensure that all records, filings, pleadings, and all other materials reflect the substitution of Arnold B. Calmann, Esq., Saiber Schlesinger Satz & Goldstein, LLC, as counsel of record, and that all notices, orders, filings, and any other materials filed in this matter be distributed to said superceding counsel.

| LERNER, DAVID, LITTENBERG, KRUMHOLZ & MENTLIK, LLP | SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC |
|---|---|
| By: _____ Roy H. Wepner Withdrawing Counsel | By: _____ Arnold B. Calmann Superseding Counsel |
| 600 South Avenue West Westfield, New Jersey 07090-1497 Tel: 908.654.5000 Fax: 908.654.7866 | One Gateway Center, 13th Floor Newark, New Jersey 07102-5311 Tel: 973.622.3333 Fax: 973.622.3349 |

Dated: May 11, 2006

{00435879.DOC}